CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 08 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| JULIUS CHRISTOPHER CLAYTOR, | ) | CASE NO. 7:13CV00518 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | CASE NO. 7:05CR00007 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| JULIUS CHRISTOPHER CLAYTOR, | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

    1. The "PETITION FOR RELIEF PURSUANT TO THE ALL WRITS ACT UNDER 28 U.S.C. § 1651" (ECF No. 1 in Case No. 7:13CV00518), which the court docketed as a separate civil action for administrative purposes only, is **DISMISSED** and stricken from the active docket;

    2. The petition is also **CONSTRUED** as a motion to vacate, set aside or correct the sentence under 28 U.S.C. § 2255, and the Clerk is **DIRECTED** to redocket the petition (ECF No. 1 in Case No. 7:13CV00518) as a § 2255 motion in Case No. 7:05-cr-00007;

    3. The § 2255 motion is hereby **DISMISSED** without prejudice as successive and is **STRICKEN** from the active docket of the court; and

    4. A Certificate of Appealability is **DENIED**.

**ENTER:** This ____ day of November, 2013.

                                            /s/ James C. Turk
                                         Senior United States District Judge